UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORENZO TURNER,

      Plaintiff,

v.                                     CASE NO.: 6:16-cv-01565-GKS-DAB

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Plaintiff, Lorenzo Turner, and Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of October, 2016

| | |
|---|---|
| /s/ Jared M. Lee | /s/ Joshua H. Threadcraft |
| Jared M. Lee, Esquire | Joshua H. Threadcraft (Lead Trial Counsel) |
| Florida Bar No.: 0052284 | Florida Bar No. 96153 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman, LLP |
| 20 N. Orange Avenue, Suite 1600 | 420 N. 20th Street, Suite 3400 |
| Orlando, FL 32801 | Birmingham, AL 35203 |
| Tele: (407) 420-1414 | Telephone: 205-251-3000 |
| Fax: (407) 245-3485 | Facsimile: 205-413-8701 |
| JLee@ForThePeople.com | Joshua.Threadcraft@burr.com |
| MHoilett@ForThePeople.com | *Counsel for Capital One Bank (USA), N.A.* |
| *Counsel for Plaintiff* | |