UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORENZO TURNER,

    Plaintiff,

v.                                 Case No: 6:16-cv-1565-Orl-18KRS

CAPITAL ONE BANK (USA)
NATIONAL ASSOCIATION,

    Defendant.

## ORDER

On October 26, 2016 the parties filed a joint stipulation for dismissal (Doc. No. 18). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees, costs and expenses. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this  31  day of October, 2016.

                                                G. KENDALL SHARP
                             SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record